# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNIVERSITY OF SOUTH FLORIDA**
**BOARD OF TRUSTEES,**

    **Plaintiff,**

v.                                                                               Case No.: 8:15-cv-2916-T-35EAJ

**THE JACKSON LABORATORY,**

    **Defendant.**

_____/

## ORDER

Before the Court is attorney Jerry Stouck's **Verified Motion to Appear Pro Hac Vice**. (Dkt. 3) Mr. Stouck requests that this Court permit him to appear pro hac vice on behalf of Plaintiff University of South Florida Board of Trustees.

Mr. Stouck states that he is a member in good standing and admitted to practice law in the District of Columbia, the United States Supreme Court, the United States Courts of Appeals for the District of Columbia Circuit and the Federal Circuit, the United States Court of Federal Claims, and the United States District Courts for the District of Columbia and the District of Maryland. However, while Mr. Stouck attached a certificate of good standing from the District of Columbia Court of Appeals, Mr. Stouck has not attached a certificate of good standing from any federal district court.[1]

Upon consideration, it is **ORDERED and ADJUDGED** that Mr. Stouck's Verified Motion

---

[1] Additionally, the Court notes that, while Mr. Stouck identifies current attorney of record Richard C. McCrea, Jr., as local counsel pursuant to Local Rule 2.02(a), M.D. Fla., and Mr. McCrea signed the motion, the record does not contain a consent to act as required by Local Rule 2.02(a), M.D. Fla.

to Appear <u>Pro</u> <u>Hac</u> <u>Vice</u> (Dkt. 3) is **DENIED without prejudice**.

**DONE and ORDERED** in Tampa, Florida on this 7th day of January, 2016.

_____
ELIZABETH A JENKINS
United States Magistrate Judge